IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MALONE AND VERONICA MALONE AND AHLESE, LLC,<br>        Plaintiffs,<br><br>v.<br><br>HOWARD WEISS AND WENDY WEISS,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-1694 |

# O R D E R

**AND NOW**, this 12th day of February, 2018 upon consideration of Defendants' Motion to Dismiss (ECF No. 26), Plaintiff's Response in Opposition (ECF No. 31), and Defendants' Reply thereto (ECF No. 32), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

(a) Defendants' Motion to Dismiss Counts Three and Four (breach of contract and piercing the corporate veil) is **GRANTED**. Counts Three and Four are **DISMISSED WITHOUT PREJUDICE**. Plaintiffs shall have 7 days from the date of this Order to file a Second Amended Complaint, consistent with the accompanying Memorandum Opinion.

(b) Defendants' Motion to Dismiss Count Five (fraudulent inducement) is **GRANTED**. Count Five is **DISMISSED WITH PREJUDICE.**

(c) Defendants' Motion to Dismiss Count Six (conversion) is **DENIED**.

                                                **BY THE COURT:**

                                                **/s/Wendy Beetlestone, J.**

                                                _____

                                                **WENDY BEETLESTONE, J.**