# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MALONE AND VERONICA MALONE AND AHLESE, LLC,<br>**Plaintiffs,**<br><br>v.<br><br>HOWARD WEISS AND WENDY WEISS,<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 17-1694 |

## O R D E R

**AND NOW**, this 1st day of August, 2018, upon consideration of Defendants' Motion for Sanctions (ECF No. 44), Plaintiffs' response thereto (ECF No. 53), and following a Hearing on the Motion for Sanction and Exhibits received into evidence, **IT IS HEREBY ORDERED** that Defendants' Motion for Sanctions is **GRANTED**. Plaintiffs' Complaint is **DISMISSED**.

The parties are directed to confer upon a scheduling order to address Defendants' remaining counterclaim and submit a joint proposed scheduling order on or before August 15, 2018.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**