IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MALONE, et al | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HOWARD WEISS, et al | : | NO. 17-cv-01694-RAL |
| Defendants. | : | |

**ORDER**

For the reasons explained in the Memorandum Opinion filed contemporaneously with this Order, it is on this 6th day of March, 2019

**ORDERED**

that the Amended Motion by Wendy and Howard Weiss to Enforce Settlement Agreement (Doc. No. 94) is GRANTED. It is FURTHER ORDERED that the Weisses' original motion (Doc. No. 87) is DENIED as moot.

It is FURTHER ORDERED that the terms of the settlement agreement are incorporated into this Order, such that "a breach of the agreement would be a violation of the order, and ancillary jurisdiction to enforce the agreement would therefore exist." *Shaffer v. GTE North, Inc.*, 284 F.3d 500, 503 (3d Cir. 2002) (quoting *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375, 381 (1994)).

Judgment will be entered by a separate document.

**BY THE COURT:**

 *s/Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. MAGISTRATE JUDGE**